IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MANZANAREZ, | 1:07-cv-001378 OWW-DLB (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| vs. | |
| PATRICK O'HARA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis was deficient as follows:

The copy of plaintiff's prison trust account statement was for four months, not for the required **six month period** immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).  Additionally, section 3. on page one of the application was not completed.

Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing fee.

-1-

Dockets.Justia.com

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff the form for application to proceed in forma pauperis.

2. Within thirty (30) days of the date of service of this order, plaintiff shall submit a **completed** application to proceed in forma pauperis and a certified copy of his prison trust account statement for the **six month** period immediately preceding the filing of the complaint, or in the alternative, to pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **September 24, 2007**       **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE